UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

UNITED STATES OF AMERICA,

          Plaintiff,          CASE NO.: 06-CR-20142-FL

vs.

                                HON. PAUL V. GADOLA
ANDRE LOYD, JR.,          MAG. JUDGE WALLACE CAPEL, JR.

          Defendant.
_____/

## ORDER REVOKING BOND

The defendant initially appeared before the Court on June 27, 2006, based upon an Indictment charging him with a violation of 21 U.S.C.§ 841(a)(1) - Possession With Intent To Distribute Cocaine.  The defendant was temporarily detained.  Following a detention hearing on June 30, 2006, he was released on a $30,000.00 Unsecured bond with conditions.

In a Petition filed by the Pretrial Services Officer on October 4, 2006, the Court was advised that while under supervision, the defendant had a bench warrant issued against him in the 52-2 District Court for his failure to appear based upon a charge of driving while license suspended.  On October 3, 2006, the defendant was arrested by the Genesee Township Police Department based upon a charge of domestic violence.  It further appears that the defendant also violated the terms of his bond by residing at an address other than that provided to the Pretrial Officer at the time that his bond was issued.

Based upon the foregoing information it appears that the defendant has violated the conditions of his bond by committing another offense while on Pretrial release, and for failure to

advise the Pretrial Office of his place of residence.

**IT IS HEREBY ORDERED** that the defendant's bond is hereby **REVOKED**. The defendant is hereby **REMANDED** to the custody of the United States Marshal.

The parties are hereby informed that any objections to this order must be filed with the district court within ten day after being served with a copy thereof, pursuant to Rule 72(a), Federal Rules of Civil Procedure.

**DATED**: October 25, 2006        s/ Wallace Capel, Jr.
                                    **WALLACE CAPEL, JR.**
                                    **UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2006 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Robert W. Haviland, AUSA, Barry A. Wolf, Esq., and I hereby certify that I have either hand delivered/mailed by United States Postal Service the paper to the following non-ECF participants: U.S. Marshal, 600 Church St., Flint, MI 48502, Pretrial Services Officer, 600 Church St., Flint, MI 48502

                            s/ James P. Peltier
                            James P. Peltier
                            Courtroom Deputy Clerk
                            600 Church St.
                            Flint, MI 48502
                            8l0-34l-7850
                            pete_peltier @mied.uscourts.gov

4:06-cr-20142-TGB-WC   Doc # 20   Filed 10/25/06   Pg 3 of 3    Pg ID 88